# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R. a Minor, by and through his Guardian Ad Litem, Vanessa Fernandez<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; NIKKI SMITH, and individual; MONICA MAURER, an individual; and DOES 1 through 10<br><br>Defendants. | Case No.: 2:16-CV-01781-DSF(KSx)<br>Assigned to the Honorable:<br>DALE S. FISCHER-Courtroom 7D<br><br>**STIPULATION FOR A PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL RECORDS**<br><br>**Complaint Filed: March 15, 2016**<br>**First Amended Complaint Filed: July 21, 2016** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendants through their counsel or record and Plaintiffs through their counsel of record (collectively, the "Parties"), as follows:

1. The Parties understand that the following, upon order thereon by the above entitled Court, constitutes a binding Protective Order.

2. The Protective Order shall govern the disclosure of confidential records, documents, and/or information contained therein in records produced by the Juvenile Court pursuant to the Juvenile Court's "Special Order Re: Disclosure of

Juvenile Court Records Pursuant to Welfare and Inst. Code Section 827," dated December 8, 2016, attached hereto as Exhibit A. Good cause exists for this Stipulated Protective Order because said records, documents and information contained in the Juvenile Case File are protected under California Welfare and Institutions Code § 827 and California Rules of Court 5.552. Additional records that qualify for protection would be minor Plaintiff E.R.'s education records (which are protected by the Family Educational Rights and Privacy Act (FERPA) of 1974; 34 CFR Part 99, the California Education Code Section 49062 et seq.), and minor E.R.'s medical records, which are protected under the Article 1, section 1 of the California Constitution and the California Confidentiality of Medical Records Act.

3. All such records shall be designated by stamping copies of each document "CONFIDENTIAL" before being produced. Stamping "CONFIDENTIAL" on the cover of any multi-page document shall designate all pages of the multi-page document as confidential, unless otherwise indicated.

4. Upon receiving confidential information or documents, all Parties and their attorneys of record shall personally safeguard and keep confidential all copies of the confidential information or documents provided by the County of Los Angeles, and all confidential information shall be used only for the purposes set forth below, and only for the purpose of litigating the case *E.R., a Minor by and through his Guardian Ad Litem, Vanessa Fernandez v. County of Los Angeles, et al.,* CV 2:16-CV-01781-DSF (KSx).

5. Should any document be inadvertently produced without properly being marked as "Confidential" under the terms of this Order, the Parties may designate and mark a document as "Confidential" at any time.

6. Any confidential document used as an exhibit during a deposition shall be attached to a separate deposition volume marked as "Confidential: Subject to Protective Order."

7. The Parties may only disseminate the confidential information when

necessary for the litigation of the above-entitled civil action as follows: 1) to their employees, including paralegal, clerical and secretarial staff, 2) to individuals testifying under oath at deposition or trial in this action, 3) to any expert retained by any Party in this case, *E.R., a Minor by and through his Guardian Ad Litem, Vanessa Fernandez. V. County of Los Angeles et al.,* CV 2:16-CV-01781-DSF (KSx) if any, and 4) the Court, members of its staff, including stenographic, jurors, and other court reporters, as necessary for use in this case. Any individual to whom disclosure is to be made will also be bound by the provisions of this Protective Order. Before such disclosure or dissemination of the confidential information or records is made by the Parties or their attorneys, the recipient will be advised of this protective order and will confirm by date and signature his/her agreement to comply with it. In the event such individual does not consent to be bound by this Protective Order in writing, no disclosure of the confidential information or documents will be made to such individual.

    8.    Copies of all confidential documents and information shall only be used in connection with the litigation of the matter *E.R., a Minor by and through his Guardian Ad Litem, Vanessa Fernandez v. County of Los Angeles, et al.,* CV 2:16-CV-01781-DSF (KSx), including depositions, law and motion, trial, and appeal, if any.

    9.    No Party or their attorneys shall disclose or disseminate to the general public or any news media any of the documents or information contained in the documents produced to either Party. This paragraph is not meant to address the use of confidential documents at a deposition, or for law and motion proceedings and trial in the case *E.R., a Minor by and through his Guardian Ad Litem, Vanessa Fernandez v. County of Los Angeles, et al.,* CV 2:16-CV-01781-DSF (KSx).

    10.    Upon conclusion of this case, all confidential information, as well as any information obtained and/or derived from the disclosure of the confidential information, shall be kept confidential. All confidential records provided shall be

returned to the producing party or destroyed at the conclusion of the case.

11. Documents produced and protected under this protective order are subject to the United States District Court Central District's Local Rule 79-5 relating to procedures to file documents under seal. The parties agree to use the procedure listed in Local Rule 79-5 for the filing of any document that is subject to this protective order.

The Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder and any alleged violation of this Protective Order. If there is deemed to be a violation of this order, the court shall determine sanctions or other remedies against the party found to be in violation.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 28, 2017      _____
                             KAREN L. STEVENSON
                             UNITED STATES MAGISTRATE JUDGE